Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **December 7, 2018** | X **/s/ Jens C. Jensen** |
| | | Signature of individual signing on behalf of debtor |
| | | **Jens C. Jensen** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Interior Commercial Installation, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **18-42874** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A T & T P.O. Box 5014 Carol Stream, IL 60197** | | **Telephone service** | | | | **$2,654.00** |
| **Brentwood Press & Publishing Corp. 248 Oak Street Brentwood, CA 94513** | | **Advertising** | | | | **$1,196.00** |
| **D.M Figley Co. 10 Kelly Court Menlo Park, CA 94025** | | **Trade debt** | | | | **$2,424.00** |
| **Direct Stone Tools Supply Inc. 2400 Teagarden Street San Leandro, CA 94577** | | **Trade debt** | | | | **$2,730.00** |
| **Ford Motor Credit Company LLC P.O. Box 552679 Detroit, MI 48255** | | **2014 Ford F-150** | | **$10,062.00** | **$6,828.00** | **$3,234.00** |
| **Ford Motor Credit Company LLC P.O. Box 552679 Detroit, MI 48255** | | **2014 Ford F-150** | | **$8,704.00** | **$6,975.00** | **$1,729.00** |
| **Ford Motor Credit Company LLC P.O. Box 552679 Detroit, MI 48255** | | **2015 Ford F-150** | | **$31,242.00** | **$18,398.00** | **$12,844.00** |
| **Ford Motor Credit Company LLC P.O. Box 552679 Detroit, MI 48255** | | **2016 F-450** | | **$31,242.00** | **$18,398.00** | **$12,844.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ford Motor Credit Company LLC** P.O. Box 552679 Detroit, MI 48255 | | **2017 Ford Transit** | | **$19,124.00** | **$7,933.00** | **$11,191.00** |
| **Ford Motor Credit Company LLC** P.O. Box 552679 Detroit, MI 48255 | | **2016 Ford F-150** | | **$17,889.00** | **$8,033.00** | **$9,856.00** |
| **Forward Financing LLC** 100 Summer Street, Suite 1175 Boston, MA 02110 | | **90 days or less: Pre-petition accounts receivable** | **Disputed** | **$110,645.00** | **$538,399.00** | **$110,645.00** |
| **Italian Stone Tech Inc.** 3313 Pumphouse Court Modesto, CA 95356 | | **Trade debt** | | | | **$1,500.00** |
| **Just In Time** 1675 Rollins Road Burlingame, CA 94010 | | **Trade debt** | | | | **$5,000.00** |
| **K & E Properties** P.O. Box 160 Brentwood, CA 94513 | | **Rent** | | | | **$6,971.00** |
| **Kaiser Foundation Health Plan** P.O. Box 830913 Birmingham, AL 35283 | | **Health insurance premiums** | | | | **$9,463.00** |
| **Knockout PC Repair** 1517 N. Main Street, Suite 2011 Walnut Creek, CA 94596 | | **Computer repair** | | | | **$2,190.00** |
| **One Thousand Green Co.** 3450 Third Street, #1-A San Francisco, CA 94124 | | | | | | **$8,930.00** |
| **Pacific Gas & Electric Co.** P.O. Box 997300 Sacramento, CA 95899 | | **Utility service** | | | | **$3,593.00** |
| **TVT Capital, LLC** 30 Wall Street, Suite 801 New York, NY 10005 | | **90 days or less: Pre-petition accounts receivable** | **Disputed** | **$140,140.00** | **$538,399.00** | **$140,140.00** |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 3 of 44

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yellowstone Capital West, LLC 1 Evertrust Plaza, 14th Floor Jersey City, NJ 07302** | | **90 days or less: Pre-petition accounts receivable** | **Disputed** | **$184,438.00** | **$538,399.00** | **$155,120.00** |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................    $    **1,944,548.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................    $    **1,944,548.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **1,306,432.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **56,166.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **45,505.00**

4. **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b     $    **1,408,103.00**

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 5 of 44

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Stockton** | **Checking** | | **$1,243.00** |
| 3.2. | **Bank of Stockton** | **Checking** | | **$5,431.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | **$6,674.00** |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security deposit, K & E Properties** | **$3,019.00** |
|---|---|---|
| 7.2. | **One Thousand Green Company** | **$8,375.00** |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 6 of 44

| | | |
|---|---|---:|
| 7.3. | Thomas Landgraf | $1,300.00 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**      **Total of Part 2.**                                           **$12,694.00**
          Add lines 7 through 8. Copy the total to line 81.

**Part 3:**      **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

11a. 90 days old or less:      **613,399.00** - **75,000.00** = ....      **$538,399.00**
                                face amount                  doubtful or uncollectible accounts

**12.**      **Total of Part 3.**                                             **$538,399.00**
          Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**      **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** Slabs | | $0.00 | | $175,000.00 |
| **20.**   **Work in progress** Work in progress | | $0.00 | | $150,000.00 |

**21.**      **Finished goods, including goods held for resale**

**22.**      **Other inventory or supplies**

**23.**      **Total of Part 5.**                                            **$325,000.00**
          Add lines 19 through 22. Copy the total to line 84.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Case: 18-42874      Doc# 12      Filed: 12/07/18      Entered: 12/07/18 18:43:23      Page 7 of 44

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office furniture | $0.00 | | $3,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment, computers, printers | $0.00 | | $3,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | $6,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Ford Transit** | **$0.00** | | **$8,600.00** |
| 47.2.  **2014 Ford F-150** | **$0.00** | | **$6,975.00** |
| 47.3.  **2014 Ford F-150** | **$0.00** | | **$6,828.00** |
| 47.4.  **2016 Ford F-150** | **$0.00** | | **$8,033.00** |
| 47.5.  **2017 Ford Transit** | **$0.00** | | **$7,033.00** |
| 47.6.  **2015 Ford F-150** | **$0.00** | | **$16,852.00** |
| 47.7.  **2016 Ford F-450** | **$0.00** | | **$18,398.00** |
| 47.8.  **2015 Ford Transit 250** | **$0.00** | | **$9,062.00** |
| 47.9.  **1998 Ford E-350, 1999 Ford E-250, 2000**<br>**Ford E-350, and 2002 Ford E-350, all**<br>**have more than 250,000 miles.**<br>**Minimal value** | **$0.00** | | **$4,000.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Bridge saw and attachments** | **$0.00** | | **$95,000.00** |
| **Other machinery and equipment used in**<br>**business** | **$0.00** | | **$275,000.00** |

**51.**   **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$455,781.00** |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

     ■ No

     ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

**71.**    **Notes receivable**
Description (include name of obligor)

**Note receivable from shareholder**

| 600,000.00 | - | 0.00 | = | **$600,000.00** |
| --- | --- | --- | --- | --- |
| Total face amount | | doubtful or uncollectible amount | | |

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$600,000.00** |
| --- |

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 10 of 44

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$6,674.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$12,694.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$538,399.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$325,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$455,781.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$600,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,944,548.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,944,548.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Interior Commercial Installation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **18-42874**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Caesar Stone Tool Supply**<br>Creditor's Name<br><br>**9275 Corbin Avenue**<br>**Northridge, CA 91324**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number**<br>**9272**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Customer's property and proceeds**<br><br><br>**Describe the lien**<br>**Materialman's lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66,023.00** | **$100,506.00** |
| **2.2** **Cambria**<br>Creditor's Name<br><br>**895 Enterprise Drive E**<br>**Suite A**<br>**Belle Plaine, MN 56011**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Customer's property and proceeds**<br><br><br>**Describe the lien**<br>**Materialman's lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$6,683.00** | **$11,613.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

□ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Columbia Stone Products** |
|---|---|

Creditor's Name

**2647 Mercantile Drive,
Suite C
Rancho Cordova, CA 95742**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
□ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Customer's property and proceeds**

**Describe the lien**
**Materialman's lien**
**Is the creditor an insider or related party?**
□ No
☐ Yes
**Is anyone else liable on this claim?**
□ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,139.00    $1,139.00

---

| 2.4 | **Cosentino Enterprises** |
|---|---|

Creditor's Name

**33458 Central Avenue
Union City, CA 94587**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
□ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Customer's property and proceeds**

**Describe the lien**
**Materialman's lien**
**Is the creditor an insider or related party?**
□ No
☐ Yes
**Is anyone else liable on this claim?**
□ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,798.00    $36,798.00

---

| 2.5 | **DLI Assets Bravo , LLC** |
|---|---|

Creditor's Name

**Successor to Dealstruck
1150 Foothill Blvd, Suite F
La Canada Flintridge, CA
91011**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**90 days or less: Pre-petition accounts
receivable**

**Describe the lien**
**Security interest**
**Is the creditor an insider or related party?**
□ No

$158,289.00    $538,399.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 18-42874   Doc# 12   Filed: 12/07/18   Entered: 12/07/18 18:43:23   Page 13 of
44

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

**March 20, 2017**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. DLI Assets Bravo , LLC**
**2. Next Wave Enterprises**
**3. Everest Business Funding**
**4. Kalamata Capital Group**
**5. Yellowstone Capital West, LLC**
**6. TVT Capital, LLC**
**7. Forward Financing LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Everest Business Funding** | **Describe debtor's property that is subject to a lien** | $106,455.00 | $538,399.00 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Pre-petition accounts receivable** | | |

**8200 NW 52nd Ter**
**2nd Floor**
**Doral, FL 33166**

Creditor's mailing address

**Describe the lien**
**Security interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**May 4, 2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

**Specified on line 2.5**

■ Disputed

---

| 2.7 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** | $8,600.00 | $8,600.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Ford Transit** | | |

**P.O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe the lien**
**Purchase money security interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2015**

**Last 4 digits of account number**

**2685**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Ford Motor Credit Company LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Ford Motor Credit Company LLC**
Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**2284**

**Describe debtor's property that is subject to a lien**    $8,704.00    $6,975.00
**2014 Ford F-150**

**Describe the lien**
**Purchase money security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9    Ford Motor Credit Company LLC**
Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**3537**

**Describe debtor's property that is subject to a lien**    $10,062.00    $6,828.00
**2014 Ford F-150**

**Describe the lien**
**Purchase money security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10    Ford Motor Credit Company LLC**
Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $9,062.00    $9,062.00
**2015 Ford Transit 250**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Purchase money security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Creditor's email address, if known | |
| **Date debt was incurred** **2015** | |
| **Last 4 digits of account number** **4876** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** **2016 Ford F-150** | $17,889.00 | $8,033.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe the lien**

**Purchase money security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016**

**Last 4 digits of account number**
**7950**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Ford Motor Credit Company LLC** | **Describe debtor's property that is subject to a lien** **2016 F-450** | $31,242.00 | $18,398.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**Describe the lien**

**Purchase money security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016**

**Last 4 digits of account number**
**7899**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.
_____

---

| 2.1 3 | **Ford Motor Credit Company LLC** | Describe debtor's property that is subject to a lien | $19,124.00 | $7,933.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**2017 Ford Transit**

_____

Describe the lien
**Purchase money security interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**5379**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Ford Motor Credit Company LLC** | Describe debtor's property that is subject to a lien | $31,242.00 | $18,398.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

**2015 Ford F-150**

_____

Describe the lien
**Purchase money security interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**5456**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Forward Financing LLC** | Describe debtor's property that is subject to a lien | $110,645.00 | $538,399.00 |
|---|---|---|---|---|

Creditor's Name

**100 Summer Street, Suite 1175**
**Boston, MA 02110**

Creditor's mailing address

**90 days or less: Pre-petition accounts receivable**

_____

Describe the lien
**Security interest**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**October 12, 2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 6 | **Integrated Resources Group** | | |
|---|---|---|---|

Creditor's Name

**275 Valley Drive**
**Brisbane, CA 94005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

**2541**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $6,972.00    $6,972.00

**Customer's property and proceeds**

**Describe the lien**

**Materialman's lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | **Kalamata Capital Group** | | |
|---|---|---|---|

Creditor's Name

**80 Broad Street, 12th Floor**
**New York, NY 10004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**July 18, 2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**    $118,712.00    $538,399.00

**90 days or less: Pre-petition accounts receivable**

**Describe the lien**

**Security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.5**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.18 | **Next Wave Enterprises** | **Describe debtor's property that is subject to a lien** | $125,625.00 | $538,399.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**5757 Blue Lagoon Drive,
Suite 170
Miami, FL 33126**
Creditor's mailing address

**90 days or less: Pre-petition accounts receivable**

**Describe the lien**
**Security interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**February 5, 2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

---

| 2.19 | **TVT Capital, LLC** | **Describe debtor's property that is subject to a lien** | $140,140.00 | $538,399.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**30 Wall Street, Suite 801
New York, NY 10005**
Creditor's mailing address

**90 days or less: Pre-petition accounts receivable**

**Describe the lien**
**Security Interest**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**October 11, 2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

---

| 2.20 | **Vendor Financial Services** | **Describe debtor's property that is subject to a lien** | $70,000.00 | $95,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**14262 Culiver Drive, Suite A-735
Irvine, CA 92604**
Creditor's mailing address

**Bridge saw and attachments**

**Describe the lien**
**Security interest**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**2017**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 1 | **Willis Supply Corporation** | Describe debtor's property that is subject to a lien | $38,588.00 | $38,588.00 |
|---|---|---|---|---|

Creditor's Name

**1905 N. MacArthur Drive, Suite 300**
**Tracy, CA 95376**

Creditor's mailing address

**Customer's property and proceeds**

Describe the lien

**Materialman's lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**2018**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 2 | **Yellowstone Capital West, LLC** | Describe debtor's property that is subject to a lien | $184,438.00 | $538,399.00 |
|---|---|---|---|---|

Creditor's Name

**1 Evertrust Plaza, 14th Floor**
**Jersey City, NJ 07302**

Creditor's mailing address

**90 days or less: Pre-petition accounts receivable**

Describe the lien

**Security interest**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**October 11, 2018**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.5**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,306,432.0 0

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Interior Commercial Installation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **18-42874**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **California Department of Tax and Fee Administration Account Information Group MIC:29 P.O. Box 942879 Sacramento, CA 94279-0029** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** | **$15,000.00** |
| | **Employment Development Department Bankruptcy Special Procedures Group P.O. Box 826880  MIC 92E Sacramento, CA 94280-0001** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **State payroll taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    36111                    Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$703.00** | **$0.00** |
|---|---|---|---|---|

**Health Net**
**21650 Oxnard Street**
**Woodland Hills, CA 91367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insurance**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,000.00** | **$31,000.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,463.00** | **$9,463.00** |
|---|---|---|---|---|

**Kaiser Foundation Health Plan**
**P.O. Box 830913**
**Birmingham, AL 35283**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Health insurance premiums**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Secretary of the Treasury** | *Check all that apply.* | | |
| | **Chief Counsel Region IX** | ☐ Contingent | | |
| | **1500 Pennsylvania Avenue, N.W.** | ☐ Unliquidated | | |
| | **Washington, DC 20220** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Additional address for notices.** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **U.S. Department of Justice** | *Check all that apply.* | | |
| | **Civil Trial Division, Western** | ☐ Contingent | | |
| | **Region** | ☐ Unliquidated | | |
| | **Box 683, Ben Franklin Station** | ☐ Disputed | | |
| | **Washington, DC 20044** | | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Additional address for notices.** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **United States Attorney** | *Check all that apply.* | | |
| | **(For Internal Revenue Service)** | ☐ Contingent | | |
| | **450 Golden Gate Avenue** | ☐ Unliquidated | | |
| | **San Francisco, CA 94102** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Additional address for notices** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,654.00 |
| | **A T & T** | ☐ Contingent | |
| | **P.O. Box 5014** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | **Date(s) debt was incurred  2018** | Basis for the claim:  **Telephone service** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.00 |
| | **ADT Security Services** | ☐ Contingent | |
| | **P.O. Box 371956** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250** | ☐ Disputed | |
| | **Date(s) debt was incurred  2018** | Basis for the claim:  **Burglar alarm** | |
| | **Last 4 digits of account number  _** | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 24 of 44

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.00 |
|---|---|---|---|

**Alhambra**
P.O. Box 660579
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Water**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|

**Amerigas**
P.O. Box 371473
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Gas**

Last 4 digits of account number  **5906**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.00 |
|---|---|---|---|

**Bill Brandt Ford**
**8100 Brentwood Boulevard**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Repair services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,196.00 |
|---|---|---|---|

**Brentwood Press & Publishing Corp.**
**248 Oak Street**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Advertising**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,424.00 |
|---|---|---|---|

**D.M Figley Co.**
**10 Kelly Court**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,730.00 |
|---|---|---|---|

**Direct Stone Tools Supply Inc.**
**2400 Teagarden Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.00 |
|---|---|---|---|

**Firemaster**
**850 Mahler Road**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Service**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 25 of 44

| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |

**Fleetilla**
**5200 S. State Road**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Fuel**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$625.00** |

**Honey Bucket**
**P.O. Box 73999**
**Puyallup, WA 98373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Misc.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$473.00** |

**ICCI**
**49 Larkspur Street**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

Basis for the claim:  **Misc.**

**Last 4 digits of account number  8099**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |

**Italian Stone Tech Inc.**
**3313 Pumphouse Court**
**Modesto, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |

**Just In Time**
**1675 Rollins  Road**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,971.00** |

**K & E Properties**
**P.O. Box 160**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,190.00** |

**Knockout PC Repair**
**1517 N. Main Street, Suite 2011**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Computer repair**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 26 of 44

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**LG Hausys America, Inc.**
**900 Circle 75 Parkway**
**Suite 1500**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,930.00 |
|---|---|---|---|

**One Thousand Green Co.**
**3450 Third Street, #1-A**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,593.00 |
|---|---|---|---|

**Pacific Gas & Electric Co.**
**P.O. Box 997300**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Utility service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Quality Rentals**
**1595 Fairfax Avenue**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Misc.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,002.00 |
|---|---|---|---|

**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Office supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.00 |
|---|---|---|---|

**Recology Sunset Scavanger**
**P.O. Box 60846**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Misc.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Recovery of Judgment**
**30 Wall Street, Room 801**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Additional address for notices__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 27 of
44

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Shamrock Office Supply**
**6908 Sierra Court, Suite A**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Office supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.00 |
|---|---|---|---|

**Telplex Communications**
**16830 Ventura Blvd**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Services**

Last 4 digits of account number  **5056**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $927.00 |
|---|---|---|---|

**U.S. Bank**
**P.O. Box 108**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 56,166.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 45,505.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 101,671.00 |

Case: 18-42874   Doc# 12   Filed: 12/07/18   Entered: 12/07/18 18:43:23   Page 28 of 44

Debtor name **Interior Commercial Installation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **18-42874**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is tenant at 12520 Byron Highway, Brentwood, California**<br><br><br>**David Kelly<br>P.O. Box 1749<br>Discovery Bay, CA 94505** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is tenant of parking, shop, office, and storage area at 3670 Concord Avenue, Brentwood, California**<br><br>**Jens Christian Jensen<br>3670 Concord Avenue<br>Brentwood, CA 94513** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is tenant at 3850 Balfour Road, Suite I, Brentwood, California**<br><br><br>**K & E Properties<br>P.O. Box 160<br>Brentwood, CA 94513** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor is tenant of commercial building at 1539 Custer Avenue, San Francisco, California**<br><br><br>**One Thousand Green Co.<br>3450 Third Street, #1-A<br>San Francisco, CA 94124** |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 29 of
44

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is commercial building at 24625 Marsh Creek Road, Brentwood, California** |  |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Thomas Landgraf<br>13600 Byron Highway<br>Brentwood, CA 94513** |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 30 of 44

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **DLI Assets Bravo , LLC** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **Everest Business Funding** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **Forward Financing LLC** | ■ D  **2.15**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **Kalamata Capital Group** | ■ D  **2.17**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **TVT Capital, LLC** | ■ D  **2.19**<br>☐ E/F _____<br>☐ G _____ |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 31 of 44

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
| | Column 1: **Codebtor** | | Column 2: **Creditor** |

| 2.6 | **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **Vendor Financial Services** | ■ D    2.20 <br> ☐ E/F _____ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **Yellowstone Capital West, LLC** | ■ D    2.22 <br> ☐ E/F _____ <br> ☐ G _____ |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 32 of 44

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,776,152.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,838,208.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$4,774,653.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 33 of 44

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ford Motor Credit Company LLC**<br>P.O. Box 552679<br>Detroit, MI 48255 | **Periodic** | **$11,176.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Affinity Merchant Services, Inc.**<br>27100 Oakmead Drive, Suite 101<br>Perrysburg, OH 43551 | **Periodic** | **$6,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | **Periodic** | **$30,945.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card due in full monthly** |
| 3.4. **Am Trust North America**<br>59 Maiden Lane<br>New York, NY 10038 | **Periodic** | **$13,216.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Bedrosians**<br>139 Marco Way<br>South San Francisco, CA 94080 | **Periodic** | **$9,620.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Caesar Stone Tool Supply**<br>9275 Corbin Avenue<br>Northridge, CA 91324 | **Periodic** | **$147,801.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Cambria**<br>805 Enterprise Drive<br>Belle Plaine, MN 56011 | **Periodic** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **CJ Installations**<br>3670 Concord Avenue<br>Brentwood, CA 94513 | **Periodic** | **$77,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 34 of 44

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Columbia Stone Products**<br>**2647 Mercantile Drive, Suite C**<br>**Rancho Cordova, CA 95742** | **Periodic** | **$6,557.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Cosentino Enterprises**<br>**33458 Central Avenue**<br>**Union City, CA 94587** | **Periodic** | **$83,508.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **David Kelly**<br>**P.O. Box 1749**<br>**Discovery Bay, CA 94505** | **Periodic** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.12. **Integrated Resources Group, Inc.**<br>**275 Valley Drive**<br>**Brisbane, CA 94005** | **Periodic** | **$13,898.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jens Christian Jensen**<br>**3670 Concord Avenue**<br>**Brentwood, CA 94513**<br>**President, director, shareholder** | **Periodic payments in normal course of business** | **$154,916.00** | **Salary** |
| 4.2. **Jens Christian Jensen**<br>**3670 Concord Avenue**<br>**Brentwood, CA 94513**<br>**President, director, shareholder** | **Periodic payments in normal course of business** | **$41,800.00** | **Rent** |
| 4.3. **Jens Christian Jensen**<br>**3670 Concord Avenue**<br>**Brentwood, CA 94513**<br>**President, director, shareholder** | **Periodic payments in normal course of business** | **$237,506.00** | **Draws against profits** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 35 of 44

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kalamata Capital Group vs. Interior Commercial Installation, Inc.** | **Confession of judgment. Judgment entered approximately November 16, 2018.** | **Supreme Court of New York** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Yellowstone Capital West, LLC vs. Interior Commercial Installation, Inc.** | **Confession of judgment entered approximately November 19, 2018.** | **Supreme Court of New York** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **TVT Capital vs. Interior Commercial Installation, Inc.** | **Confession of judgment filed approximately November 16, 2018** | **Supreme Court of New York** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Guzman vs. Interior Commercial Installation, Inc., et al.** | **Automobile accident, fully covered by insurance** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 36 of 44

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David C. Johnston**<br>**1600 G Street, Suite 102**<br>**Modesto, CA 95354** | | **Pre-petition** | **$4,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|-----------------------------------------|----------------------------------------------|-----------------------------|-----------------------|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case: 18-42874     Doc# 12     Filed: 12/07/18     Entered: 12/07/18 18:43:23     Page 38 of 44

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Case: 18-42874     Doc# 12     Filed: 12/07/18     Entered: 12/07/18 18:43:23     Page 39 of 44

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Hatter &  Wise, CPAs**<br>**150 Post Street, Suite 610**<br>**San Francisco, CA 94108** | **2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jens Christian Jensen**<br>**3670 Concord Avenue**<br>**Brentwood, CA 94513** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Cambria**<br>**895 Enterprise Drive E**<br>**Suite A**<br>**Belle Plaine, MN 56011** |
| 26d.2.   **Caesar Stone Tool Supply**<br>**9275 Corbin Avenue**<br>**Northridge, CA 91324** |
| 26d.3.   **Columbia Stone Products**<br>**2647 Mercantile Drive, Suite C**<br>**Rancho Cordova, CA 95742** |
| 26d.4.   **Cosentino Enterprises**<br>**33458 Central Avenue**<br>**Union City, CA 94587** |
| 26d.5.   **Yellowstone Capital West, LLC**<br>**1 Evertrust Plaza, 14th Floor**<br>**Jersey City, NJ 07302** |
| 26d.6.   **Next Wave Enterprises**<br>**5757 Blue Lagoon Drive, Suite 170**<br>**Miami, FL 33126** |
| 26d.7.   **TVT Capital Grpup**<br>**80 Broad Street, 12th Floor**<br>**New York, NY 10004** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Case: 18-42874   Doc# 12   Filed: 12/07/18   Entered: 12/07/18 18:43:23   Page 40 of 44

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jens Christian Jensen** | **3670 Concord Avenue Brentwood, CA 94513** | **President. director, shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jens Christian Jensen 3670 Concord Avenue Brentwood, CA 94513** | **$154,916 total over 12 months** | **Periodic payments in normal course of business** | **Salary** |
| | **Relationship to debtor President, director, shareholder** | | | |
| 30.2. | **Jens Christian Jensen 3670 Concord Avenue Brentwood, CA 94513** | **$41,800 total over 12 months** | **Periodic payments in normal course of business** | **Rent** |
| | **Relationship to debtor President, director, shareholder** | | | |
| 30.3. | **Jens Christian Jensen 3670 Concord Avenue Brentwood, CA 94513** | **$237,506 total over 12 months** | **Periodic payments in normal course of business** | **Draws against profits** |
| | **Relationship to debtor President, director, shareholder** | | | |

Case: 18-42874    Doc# 12    Filed: 12/07/18    Entered: 12/07/18 18:43:23    Page 41 of 44

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  7, 2018**

**/s/ Jens C. Jensen**                                    **Jens C. Jensen**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Interior Commercial Installation, Inc.**      Case No.    **18-42874**

Debtor(s)      Chapter    **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

         a)      For legal services rendered or to be rendered in contemplation of and in connection with this case    $    **Reasonable value of services rendered, as allowed by Court**

         b)      Prior to the filing of this statement, debtor(s) have paid    $    **4,500.00 for pre-petition services; $0.00 for post-petition services**

         c)      The unpaid balance due and payable is    $    **As determined by Court upon noticed motion**

3.      $ **1,717.00** of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:

         a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

         b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

         c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    **December 7, 2018**            Respectfully submitted,

           **/s/ David C. Johnston**

           Attorney for Debtor: **David C. Johnston 71367**
**David C. Johnston**
**1600 G Street, Suite 102**
**Modesto, CA 95354**
**(209) 579-1150  Fax: (209) 579-9420**

# United States Bankruptcy Court
## Northern District of California

In re    **Interior Commercial Installation, Inc.**      Case No.    **18-42874**

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jens Christian Jensen**<br>**3670 Concord Avenue**<br>**Brentwood, CA 94513** | **Common stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 7, 2018**      Signature    **/s/ Jens C. Jensen**

                                                     **Jens C. Jensen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.