

1  David C. Johnston (SBN 71367)
   Attorney at Law
2  1600 G Street, Suite 102
   Modesto, California 95354
3  Telephone: (209) 579-1150
   FAX: (209) 579-9420
4
   Attorney for Debtor in Possession
5  Interior Commercial Installation, Inc.

The following constitutes the order of the Court.
Signed: February 7, 2019

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re                                            Case No. 18-42874
                                                 Chapter 11 Case
Interior Commercial Installation, Inc.,
                                                 Hearing: February 7, 2019
                                                 Time: 10:00 a.m.
        Debtor.                                  Place: 1300 Clay Street
_____/                        Courtroom 215
                                                        Oakland, California

### ORDER GRANTING MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR AUTHORITY TO GRANT REPLACEMENT LIEN

The final hearing on the Motion for Authority to Use Cash Collateral; For Authority to Grant Replacement Lien; and for Emergency Hearing (the "Motion") was held on February 7, 2019 in the above-entitled Court at Oakland, California, Hon. Charles Novack, United States Bankruptcy Judge, presiding. David C. Johnston appeared on behalf of the moving party, Interior Commercial Installation, Inc. (the "Debtor in Possession"). Thomas Gillis appeared on behalf of and with related party, Jens C. Jensen.

The Court, having considered the Motion, the presentation and argument of

Order Granting Motion for Authority
To Use Cash Collateral and For
Authority to Grant Replacement Lien          Page 1

counsel, and the prior testimony of Jens C. Jensen, granted the Motion, subject to the revisions set forth herein.

Now, therefore, IT IS ORDERED:

1. The Motion is granted, except as set forth hereafter.

2. The Debtor in Possession is authorized to use the cash collateral in which DLI Assets Bravo, LLC, Forward Financing, LLC, Kalamata Capital Group, NextWave Enterprises, TVT Capital, LLC, Everest Business Funding, and Yellowstone Capital West, LLC (the "Identified Entities") may have a security interest, from December 7, 2018 (the "Petition Date") until further order of this Court, except:

(a) The use of cash collateral to pay salaries will be limited to $125,500 for post-petition salaries and payment of any pre-petition salaries will require a separate order;

(b) No payments may be made for accounting and bookkeeping;

(c) No payments may be made for consulting; and

(d) No payments may be made for loan fees.

3. As adequate protection, the Identified Entities are granted a replacement lien in accounts receivable generated after the Petition Date, with such replacement liens to be in the same priority as existed on the Petition Date, and subject to the same defenses and infirmities that existed on the Petition Date.

*****END OF ORDER****

COURT SERVICE LIST

Interior Commercial Installation, Inc.
Attn: Jens C. Jensen
3670 Concord Avenue
Brentwood, California 94513

Order Granting Motion for Authority
To Use Cash Collateral and For
Authority to Grant Replacement Lien      Page 3