The following constitutes the order of the Court.
Signed: April 29, 2019

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

INTERIOR COMMERCIAL
INSTALLATION, INC.,

    Debtor.

Case No.  18-42874 CN
Chapter 11

**ORDER CONTINUING STATUS CONFERENCE**

On April 25, 2019, the court conducted a status conference in the above Chapter 11 case. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. By **June 3, 2019**, Debtor shall file and serve a Combined Plan and Disclosure Statement and timely notice the disclosure statement aspect for hearing.

2. The status conference is continued to **July 18, 2019** at **10:00 a.m.** in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

**\* \* \* END OF ORDER \* \* \***

1

Case No. 18-42874 CN

**COURT SERVICE LIST**

Interior Commercial Installation, Inc.
Attn: Jens C. Jensen
3670 Concord Avenue
Brentwood, CA 94513

Other recipients are ECF participants